IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| TANISHA COOK and JAMARR HARRISON,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST HOMESTEAD POLICE DEPARTMENT, BOROUGH OF WEST HOMESTEAD, PAUL FLEMING, JAMES CIOCCO, JOHN DOES 1-10,<br><br>Defendants, | 2:16-CV-01292-CRE |

## ORDER

AND NOW, this 1st day of May, 2017, it is HEREBY ORDERED that Defendants' motion to dismiss [ECF No. 13] is GRANTED IN PART and DENIED IN PART. Defendants' motion is GRANTED as to Plaintiffs' Fourteenth Amendment substantive due process claims against Defendants Officers Fleming and Ciocco and the West Homestead Police Department and said claims against said Defendants are dismissed; and Defendants' motion to dismiss is DENIED as to the Fourteenth Amendment substantive due process claims against Defendant Borough of West Homestead.

IT IS FURTHER ORDERED that Defendants submit an Answer to Plaintiffs' complaint by May 15, 2017.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF